425 A.2d 739

**COMMONWEALTH of Pennsylvania**

v.

**Donald REEL, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 19, 1981.

Decided Feb. 27, 1981.

Stanford A. Hines, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Mark Gurevitz, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgments of Sentence of the Court of Common Pleas of Philadelphia are affirmed.